UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JAMES LAMBERT,  Petitioner, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| GRADY PERRY,  Respondent. | CASE NO: 16-2783-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Motion to Dismiss, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on June 13, 2018, the Amended Petition is therefore Dismissed.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/13/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk